PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised  
Release Prior to Original Expiration Date

FILED  
U.S. DISTRICT COURT  
DISTRICT OF NEBRASKA  
NOV 9 AM 10:38  
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

      v.                         Docket # 8:CR92-00144

**Fred Friend**

On June 3, 1998, Fred Friend was sentenced to one hundred and fifty one months in custody, to be followed by sixty months supervised release. The period of supervised release commenced September 4, 2003. Fred Friend has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended Fred Friend be discharged from supervision.

In addition, it is recommended that the supervision costs as ordered by the Court on June 3, 1998 be remitted.

Respectfully submitted,

Harriette Washington  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Fred Friend be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____8_____ day of __November__, 2007.

The Honorable Joseph F. Bataillon  
Chief United States District Judge